IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIM WAYNE DAYBERRY**  **PLAINTIFF**
**#653942**

v.   CASE NO. 4:23-cv-01023-BSM

**BRANDON LONG, Sheriff,**
**Stone County Sheriff's Office**, *et al*.   **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of February, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE